```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ANITA TREROTOLA,

                Plaintiff,

- against -

FIRST RELIANCE STANDARD LIFE
INSURANCE COMPANY,

                Defendant.

---------------------------------------------------------------X

**ORDER**

23 Civ. 6535 (NSR)

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court. The December 18, 2024 Status Teleconference is hereby adjourned *sine die*.

SO ORDERED.

Dated:     March 22, 2024
             White Plains, New York

                                                            Nelson S. Román, U.S.D.J.